IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| CHRIS JAYE, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, et al., <br><br> Defendant. | HONORABLE KAREN M. WILLIAMS <br><br> Civil Action <br> No. 22-5328 (KMW-AMD) <br><br> **OPINION AND ORDER** |

**WILLIAMS, District Judge:**

THIS MATTER having come before the Court by way of the Court's Order to Show Cause (ECF No. 33) issued on November 14, 2022 ordering Plaintiff to show cause within twenty-one days as to why her Complaint should not be dismissed for failure to comply with Judge Kugler's Preclusion Order (ECF No. 132) that was issued in *Jaye v. Shipp* on May 18, 2018;

WHEREAS, per Judge Kugler's Preclusion Order, Plaintiff is prohibited, without prior leave of court, when proceeding pro se, from filing any lawsuits against any of the Defendants in that case or others not yet named relating to disputes concerning the payment of her condominium fees or foreclosure proceedings, or any perceived conspiracies emanating out of them;

WHEREAS, Judge Kulger's Preclusion Order requires Plaintiff to attach a copy of this pre-filing injunction to any subsequent pro se lawsuit that relates to the payment of her condominium fees or foreclosure proceedings;

WHEREAS, upon transfer of this case on August 31, 2022 from the Honorable Judge William Keith Watkins of the Middle District of Alabama to this Court pursuant to 28 U.S.C. §

1404(a), Plaintiff has not appended the pre-filing injunction nor addressed the Court with regard to this matter;

WHEREAS, on November 14, 2022, this Court issued an Order to Show Cause (ECF No. 33) ordering Plaintiff to demonstrate why her Complaint should not be dismissed for failure to comply with Judge Kulger's Preclusion Order, requiring response within twenty-one days;

THE COURT FINDING that the twenty-one day period has elapsed with no response from Plaintiff; and

THE COURT FINDING that the current case at bar is prohibited per Judge Kulger's Preclusion Order;

IT IS this 6th day of February, 2023, hereby

**ORDERED** that this matter be **DISMISSED WITH PREJUDICE** per Judge Kulger's Preclusion Order and that the Clerk shall terminate the case.

KAREN M. WILLIAMS
United States District Judge